AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Service Employees International Union
Health and Welfare Fund, et. al.

**SUMMONS IN A CIVIL CASE**

V.

Skyline Building Services, Inc.

CASE I

Case: 1:07-cv-01853
Assigned To : Leon, Richard J.
Assign. Date : 10/15/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)   Skyline Building Services, Inc.
1302 W Randolph Street
Chicago, IL   60607

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard C. Welch
Mooney, Green, Baker & Saindon, PC
1920 L Street, NW Suite 400
Washington, DC   20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT 15 2007

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | October 19th, 2007 |
| NAME OF SERVER (PRINT)      Philip P. Ducar | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

XⱲX Other (specify):  Personally handed the Summons; Complaint, etc., to Ms. Anne Spearman, Office Manager for the defendant, Skyline Building Services, Inc. Service was effected at the business location of 1302 W. Randolph St., in Chicago, Illinois, at the hour of 12:45 p.m., on October 19'th, 2007.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 19th, 2007    *Philip P. Ducar*
                    Date                    *Signature of Server*

Post Office Box # 911
Tinley Park, Illinois 60477

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.