UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL
UNION HEALTH AND WELFARE FUND, et al.
11 Dupont Circle, N.W., Suite 900
Washington, DC 20036-1202

          Plaintiffs,

vs.

SKYLINE BUILDING SERVICES, INC.
1302 W. Randolph St.
Chicago, IL 60607

          Defendant.

**Civil Case No.** 1:07-cv-01853
Judge Richard J. Leon

**PLAINTIFFS' REQUEST
FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Service Employees International Union Health and Welfare Fund ("Fund") and the Fund's Trustees, through their undersigned counsel, hereby request the entry of default against Defendant Skyline Building Services, Inc. In support of their Request, Plaintiffs state the following:

1.    On October 16, 2007, Plaintiffs filed their Complaint to recover outstanding contributions, interest, liquidated damages, costs, and attorneys fees, and to obtain a permanent injunction requiring Defendant to timely pay all contributions ("Complaint"), against the Defendant.

2.    On October 19, 2007, the summons and the Complaint and its related materials were served on Defendant Skyline's Office Manager, Anne Spearman, in accordance with Rule 4(c) and (h)(1) of the Federal Rules of Civil Procedure. (See October 19, 2007, Affidavit of

Process Server, a copy of which is attached as Exhibit A, Page Two).

    3.      Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure provides Defendant twenty (20) days in which to file an Answer.

    4.      To date, the Defendant has not filed an Answer to the Complaint or other responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure.

    5.      Rule 55 of the Federal Rules of Civil Procedure provides that when a party fails to plead or otherwise defend against an action, the Clerk or the Court shall enter the party's default. Here, the Defendant have failed to answer or respond to Plaintiffs' Complaint. Therefore, Defendant is in default. In accordance with the Rules of this Court, Plaintiffs respectfully request the entry of default.

                                                    Respectfully Submitted

                                                    /s/ Richard C. Welch
                                              Richard C. Welch, DC Bar # 485756
                                              Mooney, Green, Baker & Saindon, P.C.
                                              1920 L Street, NW
                                              Washington, D.C. 20036
                                              (202) 783-0010
                                              (202) 783-6088 Facsimile
                                              rwelch@mooneygreen.com
                                              Counsel for the Plaintiffs

Dated: November 12, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of November, 2007, a true and correct copy of the foregoing PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT was filed electronically with the Court and served via United States mail to the following addresses for Defendant:

>Skyline Building Services, Inc.
>1302 W. Randolph Street
>Chicago, IL 60607

>／s/ Richard C. Welch
>Richard C. Welch

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Service Employees International Union
Health and Welfare Fund, et. al.

**SUMMONS IN A CIVIL CASE**

V.

Skyline Building Services, Inc.

CASE 1

Case: 1:07-cv-01853
Assigned To : Leon, Richard J.
Assign. Date : 10/15/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)  Skyline Building Services, Inc.
1302 W Randolph Street
Chicago, IL  60607

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard C. Welch
Mooney, Green, Baker & Saindon, PC
1920 L Street, NW Suite 400
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| NANCY MAYER-WHITTINGTON | OCT 15 2007 |
|---|---|
| CLERK | DATE |

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  October 19th, 2007 |
| NAME OF SERVER *(PRINT)*  Philip P. Ducar | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally handed the Summons; Complaint, etc., to Ms. Anne Spearman, Office Manager for the defendant, Skyline Building Services, Inc. Service was effected at the business location of 1302 W. Randolph St., in Chicago, Illinois, at the hour of 12:45 p.m., on October 19'th, 2007.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 19th, 2007       *Philip P. Ducar*
             Date                      Signature of Server

                    Post Office Box # 911
                    Tinley Park, Illinois 60477

                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION HEALTH AND WELFARE FUND, et al.<br>11 Dupont Circle, N.W., Suite 900<br>Washington, DC 20036-1202<br><br>                            Plaintiffs,<br><br>vs.<br><br>SKYLINE BUILDING SERVICES, INC.<br>1302 W. Randolph St.<br>Chicago, IL 60607<br><br>                            Defendant. | **Civil Case No.** 1:07-cv-01853<br><br>Judge Richard J. Leon |

**ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Plaintiffs' Request for Entry of Default, a Default is hereby entered against Skyline Building Services, Inc. The Defendant has failed to plead or otherwise defend against this action within twenty (20) days of receiving the Plaintiffs' Complaint

Dated:                                                                                   _____
                                                                                          Clerk of the Court
                                                                                          United States District Court
                                                                                          for the District of Columbia