Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL
UNION HEALTH AND WELFARE FUND et al

_____

      Plaintiff(s)

  V.

SKYLINE BUILDING SERVICES, INC.

_____

      Defendant(s)

Civil Action No. 07-cv-01853-RJL

RE: SKYLINE BUILDING SERVICES, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on October 19, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 13th day of November, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
    Deputy Clerk