UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SERVICE EMPLOYEES INTERNATIONAL
UNION HEALTH AND WELFARE FUND, et al.
11 Dupont Circle, N.W., Suite 900
Washington, DC 20036-1202

                Plaintiffs,

vs.

SKYLINE BUILDING SERVICES, INC.
1302 W. Randolph St.
Chicago, IL 60607

                Defendant.

Civil Case No. 1:07-cv-01853

Judge Richard J. Leon

## CONSENT JUDGMENT

Plaintiffs and Defendant have agreed to the entry of this Consent Judgment in the total amount of $20,667.83 (consisting of $14,561.83 in unpaid contributions, $350.00 in court filing fees, and 5,756.00 in attorneys' fees). Defendant agrees to satisfy the judgment by making payments under the following schedule. Defendant shall make the first payment within fifteen (15) days of filing of the consent judgment and make the each subsequent payment on or before the 15th of the following month in the amounts below:

1. Payment on the first month due in the amount of $3,043.75;

2. Payment in the second month due in the amount of $2,091.92;

3. Payment in the third month due in the amount of $1,083.79;

4. Payment in the fourth month due in the amount of $1,079.79;

5. Payment in the fifth month due in the amount of $2,075.78;

6. Payment in the sixth month due in the amount of $2,067.58;

7. Payment in the seventh month due in the amount of $2,059.34;

8. Payment in the eighth month due in the amount of $1,847.07.

Once Defendant has paid the total amount of $15,349.02 due under the payment schedule, Plaintiffs shall file a Satisfaction of Judgment with the Court and the Defendant shall be discharged from any further liability. If Defendant fails to make any payment required under the payment plan in a timely manner, Plaintiffs shall be entitled to immediately execute on the full amount of $20,667.83 judgment.

Except as otherwise specifically provided for under this Consent Judgment, the Parties shall bear their own fees and costs.

Respectfully submitted,

_____
Richard C. Welch
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, NW, Suite 400
Washington, D.C. 20036
Tel: 202-783-0010
Fax: 202-783-6088
Attorneys for the Plaintiffs

Dated: 1/18/08

_____, President
Skyline Building Services, Inc.
1302 W. Randolph St.
Chicago, IL 60607

Defendant.

_____
Hon. Richard J. Leon
United States District Court Judge

2